UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AUSTIN MILLER,<br>    PLAINTIFF, | )<br>)<br>) No. 1:17-CV-1120 |
| -V- | )<br>)<br>) HONORABLE PAUL L. MALONEY |
| UNKNOWN KORSON R.N., ET AL.,<br>    DEFENDANTS. | )<br>)<br>) |

## JUDGMENT

In accordance with the Court's Order (ECF No. 27), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: January 15, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge